

[ BYFEILD v. COX ]

Nathanael Byfeild plaint. ag$^t$ Margaret Cox widdow Defend$^t$ according to attachm$^t$ dat. Novemb$^r$ 30th 1675  The plaint. was non Suted upon non appearance.

[ GYDEON and BARUH v. MOULDER ]

Rowland Gydeon & Daniel Baruh plaint$^s$ ag$^t$ Nicholas Moulder Defend$^t$  The plaint$^s$ were nonsuted upon non appearance.

[ VSHER v. FOGG ]

Hezekiah Vsher junio$^r$ Attourny to Charles Gosfright pl$^t$ ag$^t$ Ezekiel Fogg Defend$^t$ in an action of debt of One hundred Sixty Five pounds three Shillings six pence halfe penny in currant mony of New-England due by bill & all due damages according to attachm$^t$ dat. Novemb$^r$ 29$^o$ 1675. . . . The Jury . . . founde for the plaint. One hundred thirty eight pounds Five Shillings six pence halfe penny in mony & costs of Court twenty nine Shillings Six pence.